THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN RIVERA, Appellant. [929 NYS2d 786]

Ordered that the sentences are affirmed. No opinion. Mastro, J.P., Angiolillo, Leventhal and Austin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAPOLEON SCOTT, Appellant. [927 NYS2d 604]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Balkin and Leventhal, JJ., concur.